Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25604−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Luis Palacios
49 Passaic Ave
Passaic, NJ 07055−4801

Darlin A Palacios
49 Passaic Ave
Passaic, NJ 07055−4801

Social Security No.:
xxx−xx−6913

xxx−xx−9177

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Nancy Isaacson, the Chapter 7 Trustee,.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

☐    The corporate debtor is self−represented.

☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Stacey L. Meisel on,

Date: 5/28/19
Time: 10:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Dated: May 1, 2019
JAN: NI

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-25604-SLM
Luis Palacios                                                           Chapter 7
Darlin A Palacios
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 01, 2019
                              Form ID: 170             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db/jdb         Luis Palacios,   Darlin A Palacios,    49 Passaic Ave,    Passaic, NJ 07055-4801
517078291      American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516977807      Ars Account Resolution,    1643 NW 136th Ave Ste 1,    Sunrise, FL 33323-2857
516977811     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Fia Card Services,    1100 N King St,    Wilmington, DE 19884-0011)
516977808      Beneficial Mortgage Co,    PO Box 5263,   Carol Stream, IL 60197-5263
516977809      Emer Phy Assoc North Jersey Pc,    1 Riverview Plz,    Red Bank, NJ 07701-1864
516977812      General Vascular Surgical As,    905 Allwood Rd Ste 204,    Clifton, NJ 07012-1946
516977815      N.J. Division of Taxation,    Bankruptcy Section,    PO Box 245,    Trenton, NJ 08695-0245
516977817     +NYS Department of Taxation and Finance,    ATTN:,    9 W A Harriman Campus Ofc,
              Albany, NY 12227-0001
516977818      Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
516977819      Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516977820      Specialized Loan Servicing/Sls,    Attn: Bankruptcy,    PO Box 636005,
              Littleton, CO 80163-6005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 02 2019 01:24:31     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2019 01:24:28     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 01:28:34
              Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
516977813      E-mail/Text: wbarrette@highlandspremier.com May 02 2019 01:23:37
              Highlands Premier Acceptance Corp,    7921 Southpark Plz # 108,    Littleton, CO 80120-4506
516977814      E-mail/Text: cio.bncmail@irs.gov May 02 2019 01:23:59     Internal Revenue Service,
              Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
516977816      E-mail/PDF: bankruptcy@ncfsi.com May 02 2019 01:28:36     New Century Financial Services,
              110 S Jefferson Rd Ste 104,    Whippany, NJ 07981-1038
516980427     +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 01:29:06     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516977821      E-mail/Text: collect@williamsalexander.com May 02 2019 01:24:05     Waassociates,   PO Box 2148,
              Wayne, NJ 07474-2148
                                                                                              TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516977810    ##+Fein Such Kahn & Shepard PC,    7 Century Dr,    Parsippany, NJ 07054-4673
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: May 01, 2019
                              Form ID: 170              Total Noticed: 20


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Hisham I. Masri    on behalf of Debtor Luis  Palacios hmasri@hmasrilaw.com, m.duran@hmasrilaw.com
          Hisham I. Masri    on behalf of Joint Debtor Darlin A Palacios hmasri@hmasrilaw.com,
           m.duran@hmasrilaw.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee, et
           al... kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
          Nancy Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```