Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−25604−SLM
        Chapter: 7
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Luis Palacios | Darlin A Palacios |
| 49 Passaic Ave | 49 Passaic Ave |
| Passaic, NJ 07055−4801 | Passaic, NJ 07055−4801 |

Social Security No.:
  xxx−xx−6913                             xxx−xx−9177

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Nancy Isaacson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 18, 2019</u>                <u>Stacey L. Meisel</u>
                                        Judge, United States Bankruptcy Court